**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**(Eastern Division)**

| | |
|---|---|
| BRAYDEN URDAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SWEEPSTEAKS LIMITED d/b/a STAKE.US,<br><br>    Defendant. | Case No.: 1:25-CV-03736<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant states as follows:

1.     Sweepsteaks Limited d/b/a Stake.us ("Sweepsteaks Limited") is a Cyprus limited company and is wholly owned by Well Done STK Limited. Well Done STK Limited is owned by Ashwood Holdings Pty Ltd and Bijan Tehrani. The sole shareholder of Ashwood Holdings Pty Ltd is Edward Craven.

2.     Sweepsteaks Limited has no affiliates, as defined in Local Rule 3.2(a), other than those identified above.

3.     No publicly traded company owns 10% or more of Sweepsteaks Limited.

1

2

DATED: April 29, 2025

Respectfully submitted,

/s/Robert W. Ward
A. Jeff Ifrah
jeff@ifrahlaw.com
Robert W. Ward
rward@ifrahlaw.com
IFRAH PLLC
1717 Pennsylvania Avenue NW, Suite 650
Washington, D.C. 20006
Tel: (202) 524-4140
Fax: (202) 524-4141

*Counsel for Defendant*

2