**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRAYDEN URDAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SWEEPSTEAKS LIMITED d/b/a STAKE.US,<br><br>    Defendant. | Case No.: 1:25-CV-03736 |

**DECLARATION OF EDWARD CRAVEN**

I, Edward Craven, declare as follows:

1.      I am the founder of Sweepsteaks Limited, the named defendant in the above-captioned matter.  I respectfully submit this declaration in support of Sweepsteaks Limited's Motion to Dismiss.

2.      I make this declaration based on personal knowledge, the books and records of Sweepsteaks Limited that I have reviewed in the course of this litigation, and information reported to me in the ordinary course of business by individuals with a business duty to accurately report that information.

3.      I am over the age of eighteen (18) and competent to testify. If called as a witness, I could and would testify competently to the matters stated herein.

4.      Attached hereto as **Exhibit A** is a true and accurate copy of the Stake.us Terms and Conditions in effect at the time Plaintiff filed this action on April 7, 2025.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 7th, 2025.

Signed by:

By Edward James Macarthur Craven

79FE4E296CDC460

Edward Craven