# EXHIBIT A

# TERMS & CONDITIONS

**IMPORTANT NOTICE: THIS AGREEMENT IS SUBJECT TO BINDING ARBITRATION AND A WAIVER OF CLASS ACTION RIGHTS AS DETAILED IN CLAUSE 26.**

## 1. INTRODUCTION

Welcome to Stake.us! Before the fun starts, we need to make sure you know how we operate and what it means when you register an account.

Who are we

The Platform is provided by Sweepsteaks Limited, a company duly incorporated under Cyprus law, with the register number HE436222 and registered office at 28 Oktovriou, 313 Omrania BLD, Limassol, CY-3105, Cyprus (hereinafter "**Stake**", "**we**" , "**us**" or "**our**").

Table

Version

Publish Date

Description

Version 1.0

25/07/2022

Creation of Terms & Conditions

Version 2.0

31/08/2022

Review of Terms & Conditions

Version 3.0

22/09/2022

Update clause 2

Version 4.0

26/03/2023

Update to clause 8 regarding generate postcard code requirements and conditions

Version 5.0

05/07/2023

Addition of "Vermont" to "Excluded Territories"; Updated clause 8 regarding non-sharing of postcard code; Inserted "Governing Law" section

Version 6.0

28/09/2023

Increased purchase limit

Version 7.0

23/08/2024

Review of Terms & Conditions (various updates)

Version 8.0

13/11/2024

Update to clause 4

Version 9.0

20/02/2025

Addition of certain States to "Excluded Territories"

Version 10.0

28/02/2025

Addition of further State to "Excluded Territories"

Registering on the Platform

By registering on the Platform (through any electronic device, such as the web, mobile, tablet or any other device), you accept these Terms and Conditions ("**Terms**") and enter into a binding agreement with us which applies to your access to, and use of, our Platform and our Games.

**PLEASE TAKE THE TIME TO READ THESE TERMS CAREFULLY AND IN THEIR ENTIRETY. BY ACCEPTING THESE TERMS, YOU REPRESENT – AND WE ARE RELYING ON YOUR REPRESENTATION – THAT YOU HAVE DONE SO. IF YOU LIVE IN ANY OF THE EXCLUDED TERRITORIES IDENTIFIED BELOW, DO NOT PROCEED ANY FURTHER AS YOU ARE NOT ELIGIBLE TO ACCESS OR USE THE PLATFORM, CREATE A CUSTOMER ACCOUNT, PLAY THE GAMES OR INTERACT WITH STAKE IN ANY OTHER WAY.**

By checking the box for acceptance during the registration process, accessing or using our Platform, creating a Customer Account, and/or accessing the Games, you confirm that you have read and agree to be bound by these Terms, which includes our Privacy Policy and other game-specific or promotion-specific terms relevant to your Participation.

If you do not agree with any provision of these Terms or any other linked policy, rules or terms, you may not access or use the Platform, create a Customer Account or play any Game. We may update these Terms periodically at our discretion. By continuing to access our Platform, your Customer Account, and/or our Games you are deemed to have read and to be bound by any such updates. If you do not wish to be bound by these Terms, any updated Terms or any other linked policy, rules or terms, you may not continue to access the Platform or any of the Games (including the website and any associated apps). We will note the most recent date of these Terms at the top of this page.

## 2. STAKE STATEMENT

2.1. The following are "**Excluded Territories**":

a) Any country other than the continental United States of America and Hawaii ("**US**");

b) Within the US the following States are excluded:

i. WASHINGTON
ii. NEW YORK
iii. NEVADA
iv. IDAHO
v. KENTUCKY
vi. MICHIGAN
vii. VERMONT
viii. NEW JERSEY
ix. DELAWARE
x. WEST VIRGINIA
xi. PENNSYLVANIA
xii. RHODE ISLAND
xiii. CONNECTICUT

xiv. Any other states or jurisdictions which, under the laws applicable to you, are legally precluded from playing the Games offered on the Platform, and any other jurisdiction Stake excludes, in its sole discretion, from time to time.

**2.2. BY ACCEPTING THESE TERMS, ACCESSING OR USING THE PLATFORM, CREATING A CUSTOMER ACCOUNT, AND/OR PLAYING THE GAMES, YOU SPECIFICALLY REPRESENT TO US THAT YOU DO NOT LIVE IN ANY OF THE EXCLUDED TERRITORIES.** WE ARE SPECIFICALLY RELYING ON SUCH REPRESENTATIONS IN PROVIDING YOU ACCESS TO THE PLATFORM,

CUSTOMER ACCOUNT, AND GAMES. IF YOU RESIDE IN ANY OF THE EXCLUDED TERRITORIES AND NONETHELESS CHECK THE BOX FOR ACCEPTANCE OF THESE TERMS, ACCESS OR USE THE PLATFORM, CREATE A CUSTOMER ACCOUNT, AND/OR PLAY THE GAMES DESPITE OUR EFFORTS TO PREVENT YOU FROM DOING SO, WE CONSIDER YOUR ACTIONS TO BE A MATERIAL MISREPRESENTATION TO US, A FRAUDULENT INDUCEMENT OF OUR SERVICES, AND A VIOLATION OF THESE TERMS, AND WE RESERVE ALL RIGHTS TO TAKE APPROPRIATE ACTION AGAINST YOU.

**2.3. NO PURCHASE OR PAYMENT IS NECESSARY TO PARTICIPATE OR PLAY THE GAMES. A PURCHASE OR PAYMENT OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.**

**2.4. THE PLATFORM AND GAMES DO NOT OFFER REAL MONEY GAMBLING, AND NO ACTUAL MONEY IS REQUIRED TO PLAY.**

2.5. ONLY CUSTOMERS IN THE CONTINENTAL UNITED STATES AND HAWAII (EXCEPT FOR THE EXCLUDED TERRITORIES) ARE ELIGIBLE TO ACCESS AND USE THE PLATFORM, CREATE A CUSTOMER ACCOUNT, AND PLAY THE GAMES.

**2.6. PLEASE BE AWARE THAT THESE TERMS INCLUDE DISPUTE RESOLUTION PROVISIONS, INCLUDING A PROVISION WAIVING YOUR RIGHT TO PURSUE ANY CLASS, GROUP OR REPRESENTATIVE CLAIM AND REQUIRING YOU TO PURSUE PAST, PENDING, AND FUTURE DISPUTES BETWEEN YOU AND US THROUGH INDIVIDUAL ARBITRATION UNLESS YOU OPT OUT WITHIN THE SPECIFIED TIME FRAME PURSUANT TO CLAUSE 26.**

## 3. DEFINITIONS

**a)** "**Collective Action**"– means any claim, action, or proceeding asserted or pursued as a class action, group action, collective action, joint action, coordinated action, consolidated action, mass action, or in any other representative or private attorney general capacity, whether in arbitration, court or any other venue.

**b)** "**Content**"– means text, graphics, user interfaces, visual interfaces, photographs, trademarks, logos, sounds, music, artwork, computer code and other material used, displayed or available as part of the Games and Platform.

**c)** "**Customer Account**"– means an account held by a Registered Customer.

**d)** "**Fraudulent Conduct**" – means any of the conduct described in clause 16.

**e)** "**Game**"– means any one or more Game(s) available on the Platform in either Standard Play or Promotional Play. We reserve the right to add and remove Games from the Platform at our sole discretion.

**f)** "**Gold Coin**"– means the virtual social gameplay currency which enables you to play the Standard Play Games. Gold Coins have no monetary value and cannot under any circumstance be redeemed for Prizes.

**h)** "**Participate**", "Participating" or "**Participation**"– means playing any Games or using our Platform in any manner whatsoever, including any of the conduct described in clause 6, 9, 10, 11 and 12.

**i)** "**Payment Administration Agent**"– means the service provided through any related body corporate, affiliate, or third party we appoint to act as our agent.

**j)** "**Payment Medium**" – means any card, online wallet, financial/bank account or other payment medium used to purchase Gold Coins.

**k)** "**Platform**" – means the services provided through any URL or mobile application belonging to, or licensed to, Stake, and branded as part of the Stake games, including the

website located at stake.us, and all subdomains, subpages and successor sites thereof, as well as all Games, features, tools and services available thereon.

**l) "Customer"** or "**you**" – means any person who Participates, whether or not a Registered Customer.

**m) "Prizes**"– means valuable prizes that can be redeemed using Stake Cash won through Promotional Play in accordance with these Terms.

**n) "Promotional Play"** or "**Sweepstakes**"– means Participation in our sweepstakes promotions by playing the Platform's game with Stake Cash.

**o) "Registered Customer**" – means a Customer who has successfully registered a Customer Account, whether that account is considered active or not.

**p) "Standard Play**" – means Participating in any game played with Gold Coins.

**q) "Stake Cash**" – means sweepstakes entries.

**r) "Third Party Website**"– means a third-party website not controlled by us.

## 4. REGISTRATION & CUSTOMER WARRANTIES

4.1. Registration
a) When you try to register a Customer Account you will be requested to provide the following information:
i. Full legal name;
ii. Date of birth;
iii. Permanent Address;
iv. E-mail.
b) Stake will also request you to provide a copy of your identification document and proof of address upon registration. For the purpose of this verification, we may accept driver's license or other government issued identification document which is permitted to be used for identification purposes and contains your residential address. You will also be requested to set a username and password.
Please note that how we collect, use, maintain and disclose your personal information is governed by our privacy policy accessible here .
4.2. Warranties
a) You declare and warrant that:
i. You are over 21 years of age or such higher minimum legal age of majority as stipulated in the jurisdiction of your residence and are, under the laws applicable to you, legally allowed to participate in the Games offered on the Platform;
**ii. WHEN PARTICIPATING IN STANDARD OR PROMOTIONAL PLAY, YOU DO NOT RESIDE IN, OR ACCESS THE PLATFORM FROM, THE EXCLUDED TERRITORIES;**
iii. You use our Platform strictly in your personal capacity for recreational and entertainment purposes only;
iv. You participate in the Games on your own behalf and not on behalf of any other person;
v. All information that you provide to us during the term of validity of these Terms is true, complete and correct, and you will immediately notify us of any change to such information;
vi. Cryptocurrency that you use to purchase Gold Coins is not tainted with any illegality and, in particular, does not originate from any illegal activity or source, or from ill-gotten means;
vii. You will not purchase Gold Coins from a business or corporate account, but only a wallet held in your name;
viii. You will not be involved in any fraudulent, collusive, fixing or other unlawful activity in relation to your or third parties' participation in any of the Games and you will not use any software-assisted methods or techniques (including but not limited to bots designed to play

automatically) or hardware devices for your participation in any of the Games. We reserve the right to invalidate any participation in the event of such behavior;

ix. When purchasing Gold Coins, you must only use a valid Payment Medium which lawfully belongs to you;

b) It is a Customer's sole responsibility to ensure that their Participation is lawful in their jurisdiction.

c) Any person who is knowingly in breach of Clauses 2, 4 and 23, including but not limited to any attempt to circumvent any restrictions regarding Excluded Territories and jurisdictions, for example, by using a service that masks or manipulates the identification of your real location, or by otherwise providing false or misleading information regarding your location or place of residence, or by Participating from an Excluded Territory or through a third party or on behalf of a third party located in an Excluded Territory, is in breach of these Terms. You may be committing fraud and may be subject to criminal prosecution.

d) You shall not act in a manner that is defamatory, trade libelous, threatening, or harassing.

e) You shall not engage in potentially fraudulent or suspicious activity and/or transactions.

f) You must cooperate in any investigation or provide confirmation of your identity or the accuracy of any information you provide to us.

g) You shall not provide false, inaccurate or misleading information in connection with your use of the Platform, in communications with Stake, or otherwise connected with these Terms.

h) You shall not violate, or attempt to violate, (1) any law, statute, or ordinance; or (2) Stake's or any third-party's copyright, patent, trademark, trade secret, or other intellectual property rights, or rights of publicity or privacy.

i) You declare that your access and use of the Platform and/or the Games, and your execution and delivery of, and the performance of your obligations under these Terms, will not result in a breach of any applicable laws, rules or regulations or of any order, decree or judgment of any court, any award of any arbitrator or those of any governmental or regulatory authority in any jurisdiction.

4.3 Eligible Customers

Employees and contractors of Stake, any of its respective affiliates, subsidiaries, holding companies, advertising agencies, or any other company or individual involved with the design, production, execution or distribution of the Games and their immediate family (spouse, parents, siblings and children, whether the relationship is by birth, marriage or adoption) and household members (people who share the same residence at least 3 months of the year) are not eligible to Participate.

4.4 Acceptance

By accepting these Terms you agree that your Participation is at your sole option, discretion and risk. You will have no claims whatsoever against us or any of our partners, or respective directors, officers, employees, or contractors in relation to your use of the Platform or the Games.

## 5. LICENCE

5.1. Subject to your agreement and continuing compliance with these Terms, Stake grants you a personal, non-exclusive, non-transferable, non-sublicensable, revocable, limited license to access and use the Platform, including Gold Coins and Stake Cash, through a supported web browser or mobile device, solely for your personal, private entertainment and no other reason.

5.2. These Terms do not grant you any right, title or interest in the Platform or Content.

5.3. You acknowledge and agree that your license to use the Platform is limited by these Terms and if you do not agree to, or act in contravention of, these Terms, your license to use

the Platform (including the Games and Content) shall be immediately and automatically terminated by Stake (without any liability to you whatsoever).

5.4. In the event that the Platform or any Game is deemed to be illegal under the laws of the jurisdiction in which you reside or are situated, you are not granted any license to, and must refrain from accessing, the Platform or relevant Game.

## 6. YOUR CUSTOMER ACCOUNT

6.1. Single Account

a) You are allowed to have only one Customer Account, including any inactive Account, on the Platform. If you attempt to open more than one Customer Account, all accounts you have opened or try to open may be cancelled or suspended and the consequences described in clause 23 may be enforced.

b) You must notify us immediately if you notice that you have more than one registered Customer Account, whether active or not, on the Platform.

**c) DO NOT CREATE A NEW CUSTOMER ACCOUNT IF YOU WISH TO CHANGE YOUR EMAIL, ADDRESS OR OTHER PERSONAL INFORMATION.**

6.2. Accuracy

a) You are required to keep your registration details up to date at all times.

b) All the personal information provided by you when creating your Customer Account or any further subsequent updates to your Customer Account, must be identical to that listed on your government issued identification.

6.3. Security and Responsibility of Your Customer Account

a) As part of the registration process, you will have to choose a password to login into the Platform.

b) It is your sole and exclusive responsibility to ensure that your Customer Account login details and any Payment Methods are kept secure and are only accessible by you. You accept full responsibility for any unauthorized use of your Customer Account and any activity linked to your Customer Account, including by a minor (which, in all events, is prohibited).

**c) WE STRONGLY RECOMMEND THAT YOU ENABLE MULTI-FACTOR AUTHENTICATION FOR YOUR CUSTOMER ACCOUNT.**

d) You must not share your Customer Account or password with another person, let anyone else access or use your Customer Account or do any other thing that may jeopardize the security of your Customer Account.

e) If you become aware of, or reasonably suspect that security in your Customer Account has been compromised, including loss, theft or unauthorized disclosure of your password and Customer Account details, you must notify us immediately.

f) You are solely responsible for maintaining the confidentiality of your password and you will be held responsible for all uses of your Customer Account, including any purchases made under the Customer Account, whether those purchases were authorized by you or not.

g) You are solely responsible for anything that happens through your Customer Account, whether or not you undertook those actions.

h) You acknowledge that your Customer Account may be terminated if someone else uses it and/or engages in any activity that breaches these Terms or is otherwise illegal.

i) Stake is not responsible for any abuse or misuse of your Customer Account by third parties due to your disclosure of your login details to any third party, whether such disclosure is intentional or accidental, active or passive.

6.4. Transfer of Accounts, Gold Coins and Stake Cash.

a) You are not allowed to transfer Gold Coins or Stake Cash between Customer Accounts, or from your Customer Account to other Customers, or to receive Gold Coins or Stake Cash

from other Customer Accounts into your Customer Account, or to transfer, sell and/or acquire Customer Accounts. You may not attempt to sell, trade, or transfer Gold Coins or Stake Cash, whether on the Platform or off the Platform.

b) You are not allowed to convert Gold Coins to Stake Cash or vice versa.

c) You are prohibited from selling, transferring or acquiring Customer Accounts to or from other Customers. If you attempt to sell, transfer or acquire a Customer Account, all accounts you have opened or tried to sell, transfer or acquire will be cancelled (at our absolute discretion, and with no liability to you whatsoever) and the consequences described in clause 23 may be enforced.

6.5. Closing of Customer Accounts

a) If you wish to close your Customer Account you may do so at any time by sending an e-mail to

support@stake.us. Closing your Customer Account will forfeit all continued access to and right to use, enjoy or benefit from any Gold Coins, Stake Cash and unredeemed Prizes associated with your Customer Account.

b) If you have concerns about possible responsible social gameplay issues, please consult our Gameplay Self Exclusion Policy, which is accessible here.

c) You will be able to open your Customer Account again (unless you have implemented a self-exclusion) by sending an e-mail to onboarding@stake.us. All requests for the re-opening of an account will be evaluated by our Customer Support and Compliance teams, who abide by strict customer protection guidelines and applicable laws.

6.6. Discretion to Refuse or Close Accounts

Stake reserves the right to place limits on, suspend, close or refuse to open a Customer Account in its sole discretion, and without any liability to you whatsoever.


**7. GOLD COINS**

7.1. Gold Coins

a) Gold coins do not have a monetary value and can only be used to play Standard Games. **Gold Coins can be used for entertainment only and cannot be redeemed for any value whatsoever.**

b) Stake will give Gold Coins **free of charge** on:

i. **Daily Bonus**– You can claim Gold Coins once per day, through logging into your Customer Account and claiming your daily bonus.

ii. **Promotional Giveaways** – Promotional giveaways organized by Stake on its social media accounts (for example, Facebook, Twitter, Instagram).

c) You may also win more Gold Coins when you play in Standard Play and you may purchase more Gold Coins on the Platform.

d) You cannot win Prizes when you Participate in Standard Play.

7.2. Gold Coin Purchases

a) The purchase of Gold Coins is the purchase of a license that allows you to Participate in Standard Play Games and it is not a deposit of funds which can be withdrawn. **Funds used to purchase Gold Coins will not, and cannot, be refunded to you. Gold Coins do not have any real money value.**

b) You can purchase Gold Coins on the Platform through one of the Payment Methods available on the website.

c) The Payment Methods you use to purchase Gold Coins must be legally and beneficially owned by you and in your name. If it comes to our attention that the name you registered on your Customer Account and the name linked to your Payment Method differs, your Customer

Account will be immediately suspended. Should your Customer Account be suspended, we recommend that you contact Customer Support through the support@stake.us.

d) Stake reserves the right to request documents and information to verify the legal and beneficial ownership of the Payment Methods you use to make Gold Coin purchases.

e) You agree that we and/or our Payment Administration Agents and payments facilitators may store your payment information to process your future purchases. By accepting these Terms, you authorize Stake and/or our Payment Administration Agents and payments facilitators to store your payment credentials in compliance with applicable payment processing regulations.

f) Once a Gold Coin purchase has been made, the funds will be withdrawn from your Payment Methods as soon as practicable.

g) The maximum Gold Coin purchase that can be made is $ 9,000 (nine thousand US dollars) per day.

h) If you are found to have one or more of your purchases returned and/or reversed or charged back, your account will be suspended. If this occurs, the amount of such purchases will constitute a debt owed by you to us and you must immediately remit payment for such purchases through an alternative payment method. Until payment is received by us or our Payment Administration Agent, your account will be suspended and any purchases will be deemed void and requests to redeem any Stake Cash will not be allowed.

7.3. Currency

a) All Gold Coin purchases must be made using a cryptocurrency supported by the Platform.

b) Any exchange or transaction fees, charges or related costs that may be incurred as a result of, or in relation to, your purchase of Gold Coins are to be borne solely by you, including but not limited to any losses or additional costs arising from foreign exchange fluctuations.


**8. STAKE CASH**

8.1. Stake Cash

a) Participants who receive promotional Stake Cash can use that Stake Cash to play Promotional Play Games within Stake. **Stake Cash can only be used to play Promotional Play Games.**

**b) YOU CANNOT PURCHASE STAKE CASH.STAKE CASH CAN BE OBTAINED ONLY THROUGH FREE, PROMOTIONAL OFFERS.**

8.2. How to receive Stake Cash

a) You can obtain **Free Stake Cash** through the following means:

i. **Daily Login Bonus** – You can claim Stake Cash once per day, through logging into your Customer Account and claiming your daily bonus.

ii. **Promotional Giveaways** – Promotional giveaways organized by Stake on its social media (for example, Facebook, Twitter, Instagram). The amount of Stake Cash given away will be stated on the applicable Promotional Giveaway contest.

iii) **Post Card** – Participants can receive 5 free Stake Cash by sending a standard postcard on the terms set out in the clause 8.3.

b) From time to time, you may also be offered promotional Stake Cash as a bonus when purchasing Gold Coins. Participants may receive Stake Cash as a bonus upon the purchase of specifically marked packs of Gold Coins. The number of Stake Cash a Participant will receive as a bonus for each relevant Gold Coin purchase will be stated on the website at the time of purchase. All purchases of Gold Coins are final and no refunds will be given.

c) Use of any automated or other system(s) to Participate, acquire Stake Cash or play the Games is strictly prohibited and will result in disqualification and loss of eligibility to Participate in the Games.

8.3. Stake Cash through Post Card

a) Participants can receive 5 free Stake Cash by sending a standard postcard or piece of white paper (Request Card) which must be at least 4" x 6", unfolded, and placed inside a stamped envelope addressed to the following address and satisfying the requirements set out below: Sweepsteaks Limited 13101 Preston RD STE 110-5027 Dallas, TX 75240

b) The post card or request card, shall comply with the following criteria:

i. handwrite their return address on the front of the envelope and the words: "*Stake Cash Credits*"; and

ii. Handwrite all of the following, in the exact same order, on only one side of the Request Card inserted inside the envelope:

a. Full name as shown on their government issued identification;

b. the customer's Stake.us username;

c. the return/residential address registered to their Stake.us account;

d. the email address registered to their Stake.us account;

e. clearly placed word "CODE:" followed by the unique postcard code (generated here). This code is unique to each customer and must not be shared with other customers; and

f. the following statement:

"*I wish to receive Stake Cash to participate in the sweepstakes promotions offered by Stake Sweepstakes. By submitting this request, I hereby declare that I have read, understood and agree to be bound by Stake's Terms and Conditions."*

c) There is a limit of one Request Card per outer envelope.

d) A Participant must ensure that their handwriting is legible. If the Participant's handwriting is not legible, the entry will be void and the Stake Cash will not be credited to the Participant's Customer Account. The legibility of a Participant's handwriting will be determined by Stake in its sole discretion. For the avoidance of any doubt, the requirement for the Post Card to be "handwritten" means that the Participant must personally hand write each entry and not use any stencil or copying machine.

e) **The request must only be made by the Participant and must be posted from the same state or province as the Participant's verified residential address**. Requests made by any other individual or any entity (including but not limited to commercial sweepstakes subscription notification and/or entering services) or posted from a State or Province different to the Participant's verified residential address will be declared invalid and Stake Cash will not be credited to the Participant's Customer Account.

f) **STAKE RESERVES THE RIGHT TO REJECT REQUEST CARDS FROM EXCLUDED TERRITORIES.**

g) Requests made by any other individual or any entity (including but not limited to commercial sweepstakes subscription notification and/or entering services) or posted from an Excluded Territory different to the Participant's verified residential address will be declared invalid.

h) Tampering with the entry process or the operation of the Sweepstakes, including but not limited to the use of any device to automate the Stake Cash request/entry process, or to otherwise abuse the process, is prohibited and any requests/entries deemed by Stake, in its sole discretion, to have been submitted in this manner will be void. In the event a dispute regarding the identity of the individual who actually submitted a request or whether a request satisfies the requirements set out above cannot be resolved to Stake's satisfaction, the affected request/entry will be deemed ineligible.

i) All cards that are submitted without a valid unique postcard code using the code generator, will be rejected.

j) For each Request Card a Participant submits in accordance with the above requirements, the Participant will receive 5 Stake Cash.

8.4. Stake Cash Balance

a) The amount of Stake Cash a Participant has will be displayed in their Customer Account on the website.

b) The amount of Stake Cash to be allocated to Participants can be changed at any time by Stake in its sole discretion, without any liability to you whatsoever.

c) Stake is not responsible for lost, late, incomplete, invalid, unintelligible or misdirected Stake Cash requests or allocations.

## 9. GAMES

9.1. Rules

a) To participate in any Standard or Promotional Play, you must have an active Customer Account and agree to be bound by these Terms.

b) You may participate in any Game only if you have sufficient Gold Coins or Stake Cash (as applicable) in your Customer Account for such Participation.

c) Games offered on the Platform may have their own rules which are available on the Platform. It is your responsibility to read the rules of a Game before playing and they are binding upon you as if they form part of these Terms. You must familiarize yourself with the applicable terms of play and read the relevant rules before playing any Game.

d) Gold Coins or Stake Cash that have been submitted for play and accepted cannot be changed or cancelled, and the Gold Coins or Stake Cash (whichever applicable) will be drawn from your Gold Coin or Stake Cash balance instantly.

9.2. Void Games

Stake reserves the right to declare Participation in a Game void, partially or in full, if, in our sole discretion, we deem it obvious that there was an error, mistake, misprint or technical error on the pay-table, win-table, minimum or maximum stakes, odds or software.

9.3. Final Decision

In the event of a discrepancy between the result showing on a user's device and Stake server software, the result showing on the Stake server software will be the official and governing result.

## 10. STANDARD PLAY

10.1.Standard Play can only be played with Gold Coins.

10.2. On Standard Play you can only win Gold Coins.

10.3. You cannot win money or Prizes of any kind when playing on Standard Play.

## 11. PROMOTIONAL PLAY / SWEEPSTAKES

11.1. Promotional Play / Sweepstakes can only be played with Stake Cash.

11.2. It is the sole responsibility of a Participant to determine whether the Sweepstakes is legal and compliant with all regulations in the jurisdiction in which the Participant resides.

11.3. Within Stake there are different Games. The amount of Stake Cash required to play each Game, and the applicable rules will be detailed in the informational pages associated with a particular Game.

11.4. Only Games played with Stake Cash provide the opportunity to redeem for Prizes. The Prize that can be won while playing a Game will be shown in the Platform by clicking the "Redeem" button.

11.5. Stake's decisions as to the administration and operation of the Sweepstakes, the Game and the amount and nature of any Prizes are final and binding.

## 12. PROMOTIONS

12.1. All promotions, including Games played in Promotional Play, contests and promotions are subject to these Terms, and to additional terms that may be published at the time of the promotion.

12.2. In the event and to the extent of any conflict between these Terms and any promotion-specific terms and conditions, the promotion-specific terms and conditions will prevail to the extent of the inconsistency.

12.3. Stake reserves the right to withdraw or modify any promotions on the Platform without prior notice to you and without any liability to you whatsoever.

12.4. If, in the reasonable opinion of Stake, a Registered Customer is abusing any promotion, to derive any advantage or gain for themselves or other Registered Customers, including by way of Fraudulent Conduct, we may, at our sole and absolute discretion, withhold, deny or cancel any advantage, bonus or Prize as we see fit.

12.5. Without limiting clause 17, you confirm that you grant Stake an irrevocable, perpetual, worldwide, non-exclusive, royalty-free license to use in whatever way we see fit, and without further acknowledgement of you as the author, any Content you post or publish as part of a promotion, contest or competition.

## 13. REDEMPTION OF PRIZES

13.1. Prizes

a) Only Promotion Play / Sweepstakes give access to Prizes. No Prizes can be won through Standard Play.

b) Only Stake Cash can be redeemed for Prizes.

c) With the exception of Stake Cash won through Promotional Play, all Participants are required to play their Stake Cash three (3) times before they are eligible to be redeemed for Prizes.

d) Stake reserves the right to change the Prize, win rates and odds of any of the Sweepstakes at any time at our absolute discretion. It is a Participant's responsibility to check the Prize win rate on each occasion before they participate.

e) No Prize can be redeemed without completing the identification process as required by Stake, at our absolute discretion.

13.2. Prize Redemption Methods

a) The Prizes for which you can redeem your Stake Cash will be identified on the Platform and can change from time to time at Stake's absolute discretion.

b) Currently, Prizes include Cryptocurrency (subject to conditions being met as outlined in these Terms).

13.3. Limits and Fees

Stake reserves the right to charge fees for processing the redemption of Prizes to you and to set a minimum redemption threshold for Prize redemptions.

13.4. Redeeming for Cryptocurrency

a) When you elect to redeem Stake Cash for cryptocurrency, you must select your "Wallet" account, press "Redeem," and choose the cryptocurrency to which you wish to redeem for.

b) When you choose to redeem Stake Cash for cryptocurrency, it is your sole responsibility to ensure that the crypto wallet to which you are transferring the funds can receive those funds. Stake has no obligation to check or verify whether your wallet will accept the cryptocurrency you select or nominate.

c) Stake Cash will be redeemable at an implied rate of 1 Stake Cash per 1 USD.As such, the amount of cryptocurrency that can be redeemed per 1 Stake Cash will be determined by the

market price of that cryptocurrency in USD at the time of such redemption (as determined in our discretion).

d) In Florida, the maximum redemption value of Stake Cash prize won on any one Game or play, via a Participant's participation in the Sweepstakes is USD$5,000. Any redemption of a Prize valued in excess of USD$5,000 will not be allocated or paid.

e) You can only redeem your Stake Cash using the same cryptocurrency you used when purchasing Gold Coins on the Platform.

13.7. Timing and Frequency for Prize Redemptions

a) We process requests to redeem Prizes in the order in which they are received. Our goal is to process your request as soon as practicable.

b) We will only process one Prize redemption request per Customer Account in any 24-hour period.

c) There may be delays in payments due to our identity verification process. Certain Payment Mediums will require additional verification at the time of redemption and we do not accept any liability to you in respect of any delays arising from these verification processes.

d) Without limiting clause 13, Customers can request to redeem Prizes of any value. However, we reserve the right to allocate or pay Prizes in smaller increments over a number of days until all of the Prize has been allocated or paid.

13.8. Refused Prizes & Mistaken Credits

If we mistakenly credit your Customer Account from time to time with Prizes that do not belong to you, whether due to a technical error, human error or otherwise, the amount credited will remain Stake property and will be deducted from your Customer Account. If you have been transferred cryptocurrency that do not belong to you prior to us becoming aware of the error, the mistakenly paid amount will (without prejudice to other remedies and actions that may be available at law) constitute a debt owed by you to us. In the event of an incorrect crediting, you are obliged to notify Customer Support through support@stake.us.

## 14. VERIFICATION

14.1. Verification Checks

a) You agree that we are entitled to conduct any identification, credit and other verification checks that we may reasonably require and/or that are required of us under applicable laws and regulations or by relevant regulatory authorities or to otherwise prevent financial crime.

b) Until all required verification checks are completed to our satisfaction:

i. any request you have made for redemption of Prizes will remain pending; and

ii. we are entitled to restrict your Customer Account in any manner that we may reasonably deem appropriate, including by suspending or deactivating your Customer Account.

c) Where any identification, credit or other verification check we require cannot be completed to our satisfaction, because you have not provided any document we request from you in the form that we require within 30 days' of the date the document was first requested, then we are under no obligation to continue with the verification check and we may, in our sole discretion, deactivate or otherwise restrict your Customer Account in any manner that we may reasonably deem appropriate.

d) Customers who request the redemption of Prizes held in a deactivated or suspended account should contact support@stake.us.

14.2. External Verification Checks

You agree that Stake may use third party service providers to run external identification and other verification checks on all Customers on the basis of the information provided by you from time to time.

## 15. RESPONSIBLE SOCIAL GAMEPLAY

15.1. Policy
a) Stake actively supports responsible social gameplay and encourages its Customers to make use of a variety of responsible social gameplay features so as to better manage their Customer Account.
b) Stake is committed to providing excellent customer service. Although Stake will use all reasonable endeavors to enforce its responsible social gameplay measures, Stake does not accept any responsibility or liability if you nevertheless continue gameplay and/or seek to use the Platform with the intention of deliberately avoiding the relevant measures in place and/or Stake is unable to enforce its measures/policies for reasons outside of Stake's reasonable control.
15.2. Self-Exclusion
You may, at any time, request a time-out or self-exclusion from our Games. Please check our self-exclusion procedure here.

## 16. FRAUDULENT CONDUCT

16.1. As a condition to access the Games or Platform, you may not, directly or indirectly:
a) hack into any part of the Games or Platform through password mining, phishing, or any other means;
b) attempt to modify, reverse engineer, or reverse-assemble any part of the Games or Platform;
c) knowingly introduce viruses, Trojans, worms, logic bombs, spyware, malware, or other similar material;
d) circumvent the structure, presentation or navigational function of any Game so as to obtain information that Stake has chosen not to make publicly available on the Platform;
e) engage in any form of cheating or collusion;
f) use the Platform and the systems of Stake to facilitate any type of illegal money transfer (including money laundering proceeds of crime); or
g) participate in or take advantage of, or encourage others to participate in or take advantage of schemes, organizations, agreements, or groups designed to share:
i. special offers or packages emailed to a specific set of Customers and redeemable by URL; or
ii. identification documents (including, but not limited to, photographs, bills and lease documents) for the purpose of misleading Stake as to a Customer's identity.
16.2. You must not use the Platform for any unlawful or fraudulent activity or prohibited transaction (including Fraudulent Conduct) under the laws of any jurisdiction that applies to you. We monitor all transactions in order to prevent money laundering.
16.3. If Stake suspects that you may be engaging in, or have engaged in fraudulent, unlawful or improper activity, including money laundering activities or any conduct which violates these Terms, your access to the Platform will be suspended immediately and your Customer Account may be deactivated or suspended, at Stake's absolute discretion. If your Customer Account is deactivated or suspended under such circumstances, Stake is under no obligation to reverse any Gold Coin purchases you have made or to redeem any Stake Cash that may be in your Customer Account. In addition, Stake may pass any necessary information on to the relevant authorities, other online service providers, banks, credit card companies, electronic payment providers or other financial institutions. You will cooperate fully with any Stake investigation into such activity.

16.4. If you suspect any unlawful or fraudulent activity or prohibited transaction by another Customer, please notify us immediately via the means of communication listed in the Customer Complaints procedure.

## 17. INTELLECTUAL PROPERTY

17.1. The computer software, the computer graphics, the Platform and the user interface that we make available to you is owned by, or licensed to, Stake or its associates and protected by copyright laws. You may only use the software for your own personal, recreational uses in accordance with all rules, terms and conditions we have established (including these Terms) and in accordance with all applicable laws, rules and regulations.

17.2. You acknowledge that Stake is the proprietor or authorized licensee of all intellectual property in relation to any Content.

17.3. Your use of the Games and Platform does not provide you with any intellectual property rights in the Content, Games or Platform.

17.4. You grant us, and represent and warrant, that you have the right to grant us an irrevocable, perpetual, worldwide, non-exclusive, royalty-free license to use in whatever way we see fit, any information, images, videos, comments, messages, music or profiles you publish or upload to any website or social media page controlled and operated by Stake.

17.5. You must not reproduce or modify the Content in any way, including by removing any copyright or trademark notice.

17.6. All trademarks and logos displayed in the Games and Platform are the property of their respective owners and are protected by applicable trademark and copyright laws.

## 18. THIRD PARTY WEBSITES, LINKS OR GAMES

18.1. Third Party Websites.

a) You acknowledge and agree that Stake is not responsible for any Third Party Websites and makes no guarantee as to the content, functionality, security or accuracy of any Third Party Website.

b) **You further acknowledge that any Third Party Websites purporting to offer Gold Coins or Stake Cash are not authorized to do so**. Any purported Third Party Websites purporting to do so may be an effort to induce you to reveal personal information (including passwords, account information and credit card details). You agree that Stake is not responsible for any actions you take at the request or direction of these or any other Third Party Websites.

18.2. Links

a) Any links to Third Party Websites do not:

i. indicate a relationship between Stake and the third party; or

ii. indicate any endorsement or sponsorship by Stake of the Third Party Website, or the goods or services it provides, unless specifically indicated by Stake.

b) Where a website controlled and operated by Stake contains links to certain social networking sites, such as Facebook and Twitter, you acknowledge and agree that:

i. any comments or content that you post on such social networking sites are subject to the terms and conditions of that particular social networking site;

ii. you will not post any comments that are false, misleading or deceptive or defamatory to us, our employees, agents, officers or other Customers; and

iii. we are not responsible or liable for any comments or content that you or others post on social networking sites.

## 19. DISRUPTIONS AND CHANGE

19.1. No warranties

The Platform is provided on an "as is" basis and to the fullest extent permitted by law, we make no warranty or representation, whether express or implied, in relation to the satisfactory quality, fitness for purpose, completeness or accuracy of the Platform (including the Games and Content).

19.2. Malfunctions

**a) WE DO NOT MAKE ANY REPRESENTATIONS OR WARRANTIES THAT ACCESS TO THE PLATFORM, ANY OF YOUR ACCOUNT(S) OR THE GAMES WILL BE CONTINUOUS, UNINTERRUPTED, TIMELY OR ERROR-FREE.**

b) Stake is not liable for any downtime, server disruptions, lagging or any technical or political disturbance to Game play, nor attempts by you to Participate by methods, means or ways not intended by us.

c) Stake accepts no liability for any damages or losses which are deemed or alleged to have arisen out of or in connection with any Platform or its' Content including, without limitation, delays or interruptions in operation or transmission, loss or corruption of data, communication or lines failure, any person's misuse of a Platform or its Content or any errors or omissions in Content.

d) In the event of a Platform system malfunction all Game play on that Platform is void.

e) In the event a Game is started but fails to conclude because of a failure of the system, Stake will use commercially reasonable efforts to reinstate the amount of Gold Coins or Stake Cash played (whichever applicable) in the Game to you by crediting it to your Customer Account.

f) Stake reserves the right to alter Customer balances and account details to correct such mistakes.

g) Stake reserves the right to remove any part of the Games from the Platform at any time. Any part of the Games that indicate incorrect behavior affecting Prize redemption, game data, Gold Coin balances, Stake Cash balances or other balances, that may be due to misconfiguration or a bug, will be cancelled and removed from the Platform. Customer balances and account details may be altered by Stake in such cases in order to correct any mistake.

19.3. Change

Stake reserves the right to suspend, modify, remove or add Content to the Platform at its sole discretion with immediate effect and without any notice to you. We will not be liable to you for any loss suffered as a result of any changes made or for any modification or suspension of or discontinuance of the Platform (including any Game) and you will have no claims against Stake on this basis.

19.4. Service Suspension

We may temporarily suspend the whole or any part of the Platform for any reason at our sole discretion. We may, but will not be obliged to, give you as much notice as is reasonably practicable of such suspension. We will restore the Platform as soon as is reasonably practicable after such temporary suspension.

19.5 Viruses

Although we take reasonable measures to ensure that the Platform is free from viruses we cannot and do not guarantee that the Platform is free of such problems. It is your responsibility to protect your systems and have in place the ability to reinstall any data or programs lost due to a virus.

## 20. PRIVACY POLICY

20.1. Stake is committed to protecting and respecting your privacy and complying with all applicable data protection and privacy laws.

20.2. Our Privacy Policy is incorporated into these Terms and its acceptance is a prerequisite to creating a Customer Account.

20.3. You consent to receive marketing communications from Stake in respect of its offerings by way of email, notifications, any of which you may unsubscribe from at any time by contacting Customer Support via support@stake.us.

## 21. USE OF LIVE CHAT SERVICES

21.1. We may provide you with a Live Chat service to talk to our Customer Support representatives or to talk to other Customers. It is your responsibility to use these services only for their intended purposes. You are not permitted to use our Live Chat services for illegal purposes.

21.2. Be careful what you post on any Live Chat service. We review and moderate chats, and keep a log and record of statements. Your use of the Live Chat service should be for recreational and social purposes only.

21.3. Spamming on Live Chat is prohibited. You are prohibited from intimidating, harassing or abusing other Customers or Stake employees and representatives.

21.4. You will not use any Live Chat service to engage in any form of harassment or offensive behavior, including but not limited to, threatening, derogatory, abusive or defamatory statements, or racist, sexually explicit, pornographic, obscene or offensive language.

21.5. You will not use any Live Chat service to infringe the privacy rights, property rights or any other rights of any person.

21.6. You will not submit any kind of material or information on any Live Chat service that is fraudulent or otherwise unlawful or violates any law.

21.7. You will not use any Live Chat service to distribute, promote or otherwise publish any material containing any solicitation for funds, advertising or solicitation for goods or services of other forums.

21.8. You will not use any Live Chat service to distribute, promote or otherwise publish any kind of malicious code or do anything else that might cause harm to the Platform or to other Customer's systems in any way.

21.9. We reserve the right to monitor anything and everything submitted by you to any Live Chat service to ensure that it conforms to content guidelines that are monitored by us and subject to change from time to time.

21.10. If you breach any of the provisions relating to a Live Chat service, we may ban you from using that Live Chat service or all Live Chat services and/or suspend or deactivate your Customer Account. If we deactivate your Customer Account, we reserve the right to cancel or refuse to redeem any Prizes.

21.11. We reserve the right to remove any Live Chat service from the Platform if abused.

21.12. We will not be liable if damage arises out of the Live Chat service.

21.13. You agree to unconditionally indemnify us against any damage arising out of your illegal, unlawful or inappropriate conduct or arising out of violation of the provisions in clause 21 or any other rules on the Platform applying to the Live Chat service.

21.14. You will not collude in any way through the Live Chat service. Customers are encouraged to report any suspicious behavior to Customer Support via this form.

## 22. COMPLAINTS AND CUSTOMER SUPPORT

22.1. You may send correspondence, including inquiries or complaints, to our support team at support@stake.us.

**22.2. TO PROTECT YOUR PRIVACY AND SO THAT OUR SUPPORT TEAM CAN VERIFY YOUR ACCOUNT, ALL EMAIL COMMUNICATIONS BETWEEN YOU AND STAKE SHOULD BE CARRIED OUT USING THE EMAIL ADDRESS THAT YOU HAVE REGISTERED ON YOUR CUSTOMER ACCOUNT. FAILURE TO DO SO WILL RESULT IN OUR SUPPORT TEAM REQUESTING YOU COMMUNICATE FROM THE EMAIL ADDRESS REGISTERED ON YOUR ACCOUNT.**

22.3. The following information must be included in any written communication with Stake (including a complaint):

a) your username;

b) your first and last name, as registered on your Customer Account;

c) a detailed explanation of the complaint/claim; and

d) any specific dates and times associated with the complaint/claim (if applicable).

22.4. Failure to submit a written communication with the information outlined above may result in a delay in our ability to identify and respond to your correspondence in a timely manner.

22.5. Stake will endeavour to respond to correspondence as soon as possible from the receipt of the email.

22.6. You are prohibited from spamming the Stake support team. You are prohibited from using threatening, abusive, offensive or harassing language in any email to Stake support employees. This includes but is not limited to, threatening, derogatory, abusive or defamatory statements, or racist, sexually explicit, pornographic, obscene, or offensive language. If you breach any of the provisions relating to email etiquette or communication with Stake employees, we reserve the right not to reply to your correspondence, suspend or deactivate your Customer Account. Further, if we deactivate your Customer Account, we reserve the right to cancel or refuse to redeem any Prizes.

## 23. DEACTIVATION/SUSPENSION OF ACCOUNT

23.1. Without limiting clause 4, we reserve the right, at our sole discretion, to deactivate or suspend your Customer Account (notwithstanding any other provision contained in these Terms) where we have reason to believe that you have engaged or are likely to engage in any of the following activities:

a) you breached, or assisted another party to breach, any provision of these Terms, or we have a reasonable ground to suspect such breach;

b) you have more than one Customer Account, including any inactive Account, on the Platform;

c) the name registered on your Customer Account does not match the name on (i) your Payment Medium used to make purchases of Gold Coins or (ii) the account into which you elect to redeem Prizes or you do not legally and beneficially own such Payment Medium or redemption account;

d) your communication with us or other Customers consists of harassment or offensive behaviour, including but not limited to threatening, derogatory, abusive or defamatory statements, or racist, sexually explicit, pornographic, obscene or offensive language;

e) your Customer Account is deemed to be an inactive account (in the absolute discretion of Stake);

f) you become bankrupt;

g) you provide incorrect or misleading information;

h) your identity or source of wealth or source of funds (if requested) cannot be verified;

i) you attempt to use your Customer Account through a VPN, proxy or similar service that masks or manipulates the identification of your real location, or by otherwise providing false or misleading information regarding your citizenship, location or place of residence, or by playing Games using the Platform through a third party or on behalf of a third party;

j) you are not over 21 years of age or such higher minimum legal age of majority as stipulated in the jurisdiction of your residence;

k) you are located in a jurisdiction where Participation is illegal;

l) you have allowed or permitted (whether intentionally or unintentionally) someone else to Participate using your Customer Account;

m) you have played in tandem with other Customer(s) as part of a club, group or played the Games in a coordinated manner with other Customer(s) involving the same (or materially the same) selections;

n) without limiting clause 7, where Stake has received a "charge back", claim or dispute and/or a "return" notification via your Payment Medium;

o) you have failed our due diligence procedures or are found by Stake (in its discretion) to be colluding, cheating, money laundering or undertaking any kind of fraudulent activity; or

p) it is determined by Stake that you have employed or made use of a system (including machines, computers, software or other automated systems such as bots) which give you an unfair advantage.

23.2. Stake reserves the right to suspend your customer Account at its absolute discretion whenever such suspension is necessary in order to protect the Platform, the public in general or other Customers.

23.3. If Stake deactivates or suspends your Customer Account for any of the reasons referred to in clause 23.1 above, you will be liable for any and all claims, losses, liabilities, damages, costs and expenses incurred or suffered by Stake (together "**Claims**") arising therefrom and you will unconditionally indemnify and hold Stake harmless on demand for such Claims.

23.4. If we have reasonable grounds to believe that you have participated in any of the activities set out in clause 23.1 above, then we reserve the right to withhold all or part of the balance and/or recover from your Customer Account any Prizes, Gold Coins or Stake Cash that are attributable to any of the activities contemplated in clause 23.1. In such circumstances, your details may be passed on to any applicable regulatory authority, regulatory body or any other relevant external third parties at our absolute discretion.

23.5. If your Customer Account is deactivated as a result of closure of the Platform or similar event, we will make commercially reasonable efforts to enable redemption of any existing Prizes associated with your Customer Account, but all of your rights to use, enjoy or benefit from the Gold Coins and Stake Cash will be terminated.

23.6. The rights set out in clause 23 are without prejudice to any other rights that we may have against you under these Terms or otherwise.

## 24. INDEMNITY AND LIMITATION OF LIABILITY

24.1. Indemnity

**YOU AGREE TO INDEMNIFY AND HOLD HARMLESS STAKE AND ITS AFFILIATES, SUBSIDIARIES, ULTIMATE PARENT AND PARENT COMPANIES, PARTNERS, OFFICERS, DIRECTORS, EMPLOYEES, CONTRACTORS SHAREHOLDERS, AGENTS, LICENSORS, SUBCONTRACTORS OR SUPPLIERS, AND EACH OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AFFILIATES, AGENTS, LICENSORS, AND CONTRACTORS ("INDEMNIFIED PERSONS") FROM AND AGAINST ANY CLAIMS, SUITS, ACTIONS, DEMANDS,**

**DISPUTES, ALLEGATIONS, OR INVESTIGATIONS BROUGHT BY ANY THIRD-PARTY, GOVERNMENTAL AUTHORITY, OR INDUSTRY BODY, AND ALL LIABILITIES, DAMAGES (ACTUAL AND CONSEQUENTIAL), LOSSES, COSTS, AND EXPENSES, INCLUDING WITHOUT LIMITATION REASONABLE ATTORNEYS' FEES, ARISING OUT OF OR IN ANY WAY CONNECTED WITH:**
**a) YOUR ACCESS TO OR USE OF THE PLATFORM, AND/OR YOUR INABILITY TO ACCESS OR USE THE PLATFORM;**
**b) YOUR BREACH OR ALLEGED BREACH OF THESE TERMS OR YOUR VIOLATION OF ANY OTHER PROVISION OF THESE TERMS, INCLUDING ANY TERMS INCORPORATED BY REFERENCE HEREIN;**
**c) YOUR VIOLATION OF ANY LAW, RULE OR REGULATION;**
**d) YOUR VIOLATION OF THE RIGHTS OF ANY THIRD-PARTY.**
**e) RE-USE OF ANY CONTENT AT, OR OBTAINED FROM, THE PLATFORM OR ANY OTHER SOURCE WHATSOEVER;**
**f) FACILITATING OR MAKING A PAYMENT INTO YOUR CUSTOMER ACCOUNT;**
**g) PLAYING THE GAMES THROUGH ANY DELIVERY MECHANISM OFFERED; AND**
**h) ACCEPTANCE AND USE OF ANY PRIZE OR THE INABILITY TO ACCEPT OR USE ANY PRIZE.**
24.2. Limitation of Liability
**a) TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, UNDER NO CIRCUMSTANCES WHATSOEVER WILL WE OR OUR AFFILIATES, SUBSIDIARIES, ULTIMATE PARENT AND PARENT COMPANIES, PARTNERS, OFFICERS, DIRECTORS, EMPLOYEES, CONTRACTORS, SHAREHOLDERS, AGENTS, LICENSORS, SUBCONTRACTORS AND SUPPLIERS, BE RESPONSIBLE OR LIABLE TO YOU OR TO ANY OTHER ENTITY, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, UNDER ANY LEGAL THEORY, WHETHER CONTRACT, TORT OR OTHERWISE:**
**i) FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, EXEMPLARY, OR PUNITIVE DAMAGES, INCLUDING ANY LOST PROFITS AND LOST BUSINESS OPPORTUNITIES, BUSINESS INTERRUPTION, LOST REVENUE, INCOME, GOODWILL, USE OF DATA OR OTHER INTANGIBLE LOSSES, WHETHER ARISING OUT OF OR IN CONNECTION WITH OUR SITES, THE PLATFORM, YOUR CUSTOMER ACCOUNT(S), YOUR USE OF THE GAMES, THESE TERMS AND/OR ANY OTHER ACT OR OMISSION BY US.**
**ii) FOR MORE THAN THE AMOUNT YOU HAVE PAID US IN THE THIRTY (30) DAYS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM PURSUANT TO CLAUSE 26 BELOW. YOU ACKNOWLEDGE AND AGREE THAT IF YOU HAVE NOT PAID US ANY AMOUNTS IN THE THIRTY (30) DAYS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM, YOUR SOLE AND EXCLUSIVE REMEDY FOR ANY DISPUTE WITH US IS TO STOP USING THE PLATFORM AND TO CLOSE YOUR CUSTOMER ACCOUNT.**
**b) YOU RECOGNIZE AND AGREE THAT THE WARRANTY DISCLAIMERS IN CLAUSES 19 AND 23, AND THE INDEMNITIES AND LIMITATIONS OF LIABILITY IN CLAUSE 24, ARE MATERIAL AND BARGAINED-FOR BASES OF THESE TERMS AND THAT THEY HAVE BEEN TAKEN INTO ACCOUNT AND REFLECTED IN THE DECISION BY YOU TO ENTER INTO THESE TERMS.**

c) We are not liable for any breach of these Terms where the breach is due to abnormal and unforeseeable circumstances beyond our control, the consequences of which would have been unavoidable despite all effects to the contrary, nor are we liable where the breach is due to any action or inaction which is necessary or desirable in order to comply with any laws, rules, or regulations.

d) Depending on where you reside and use the Platform, some of the limitations contained in clause 24 may not be permissible. In such case, they will not apply to you, solely to the extent so prohibited.

24.3. Negligence and Willful Misconduct

**NOTHING IN THESE TERMS WILL OPERATE SO AS TO EXCLUDE ANY LIABILITY OF STAKE FOR DEATH OR PERSONAL PHYSICAL INJURY THAT IS DIRECTLY AND PROXIMATELY CAUSED BY STAKE'S GROSS NEGLIGENCE OR WILFUL MISCONDUCT.**

24.5. Survival of Obligations

**THIS CLAUSE 24 (INDEMNITY AND LIMITATION OF LIABILITY) SURVIVES THE TERMINATION OF THESE TERMS FOR ANY REASON.**

## 25. STAKE NOT A FINANCIAL INSTITUTION

25.1. You will not receive any interest on outstanding Prizes and you will not treat Stake as a financial institution.

25.2. Stake does not provide advice regarding tax and/or legal matters. Customers who wish to obtain advice regarding tax and legal matters are advised to contact appropriate advisors.

## 26 DISPUTE RESOLUTION AND AGREEMENT TO ARBITRATE

**26.1. PLEASE READ THIS CLAUSE 26 CAREFULLY AS IT REQUIRES YOU TO ARBITRATE DISPUTES AGAINST STAKE ON AN INDIVIDUAL BASIS AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF FROM STAKE.**

26.2. This clause 26 (Dispute Resolution and Agreement to Arbitrate) shall be construed under and be subject to the Federal Arbitration Act.

26.3. By agreeing to these Terms, you agree that any and all past, present and future disputes, claims or causes of action between you and Stake or any of its affiliates, subsidiaries, ultimate parent and parent companies, partners, officers, directors, employees, contractors, shareholders, agents, licensors, subcontractors or suppliers, which arise out of or are related in any way to these Terms, the formation of these Terms, the validity or scope of this clause 26 (Dispute Resolution and Agreement to Arbitrate), your Participation in or other access to or use of the Games or the Platform, or any other dispute between you and Stake or any of its affiliates, subsidiaries, ultimate parent and parent companies, partners, officers, directors, employees, contractors, shareholders, agents, licensors, subcontractors or suppliers, including as to the arbitrability of any of the foregoing, and whether arising prior to or after your agreement to this clause 26 (Dispute Resolution and Agreement to Arbitrate) (all of the foregoing, collectively "**Disputes**"), will be governed by the procedure set out below.

26.4. Whether to agree to arbitration is an important decision. It is your decision to make and you ARE NOT REQUIRED TO rely solely on the information provided in these Terms. You should take reasonable steps to conduct further research and, if you wish, to consult with counsel of your choice.

26.5. Informal Complaint Resolution

We want to address any concerns or Disputes you may have without the need for formal dispute resolution. Therefore, before filing any arbitration demand or other claim of any kind

against Stake or any of its affiliates, subsidiaries, ultimate parent and parent companies, partners, officers, directors, employees, contractors, shareholders, agents, licensors, subcontractors or suppliers, you agree to notify us in writing of the nature of your concern and/or Dispute and to try in good faith using best efforts to resolve it in accordance with clause 22. If your concern or Dispute is not resolved after exhausting the internal complaints process outlined in clause 22, only then may you initiate an arbitration as set out in this clause 26. During the arbitration, the amount of any settlement offer made by you or Stake shall not be disclosed to the arbitrator until after the arbitrator makes a final decision and award, if any.

26.6 Arbitration

a) **We both agree to arbitrate. By agreeing to these Terms, both you and Stake agree that any and all Disputes, including without limitation any question regarding the existence, validity, enforceability, or termination of these Terms and/or this clause 26 (Dispute Resolution and Agreement to Arbitrate) as well as the decision of whether the Dispute should be arbitrated in the first place, shall be referred to and finally resolved by arbitration administered by the American Arbitration Association (AAA), the rules of which are deemed to be incorporated by reference into this clause**. In agreeing to this binding commitment to arbitrate your Disputes, you agree that you waive any right to proceed in a court of law or to have your claims heard by a jury. The arbitration shall: (1) be conducted by a single, neutral arbitrator in the English language; (2) be held virtually and not in person for all proceedings related to the arbitration, except by mutual agreement of all parties; and (3) be limited to one deposition per party, except by mutual agreement of all parties. Furthermore, in cases where neither party's claim(s) or counterclaim(s) exceed $25,000, both parties agree to waive an arbitration hearing and resolve the dispute solely through submissions of documents to the arbitrator. No award or procedural order made in the arbitration shall be published. The AAA rules, as well as instructions on how to file an arbitration proceeding with the AAA, appear at adr.org, or you may call the AAA at 1-800-778-7879.

b) Except as may be required by law, neither a party nor an arbitrator may disclose the existence, content, or results of any arbitration hereunder without the prior written consent of both parties. All documents and information disclosed in the course of the arbitration shall be kept strictly confidential by the recipient and shall not be used by the recipient for any purpose other than for purposes of the arbitration or the enforcement of the arbitrator's decision and award and shall not be disclosed except in confidence to persons who have a need to know for such purposes or as required by applicable law.

c) Both you and Stake agree not to make any argument that the AAA is an inconvenient forum or otherwise incompetent or without authority or jurisdiction to hear any Dispute, and expressly waive any and all such arguments.

26.7. Arbitration to Proceed Individually

a) You and Stake agree that an arbitration or any other proceeding to resolve a Dispute shall proceed in an individual capacity only, and neither you nor Stake may bring a Dispute as a Collective Action. **Unless both you and stake agree, no arbitrator or judge may consolidate more than one person's claims or engage in any collective action.**

b) Without limiting the generality of clause 26.7(a) or the term Collective Action, and as an example only, a claim to resolve a Dispute against Stake will be deemed a Collective Action if:

i. claims are filed or pursued concurrently by or on behalf of two or more persons; and
ii. counsel for the two or more persons is the same, or share fees, or coordinate in any way.

c) For the purposes of this clause, the term 'concurrently' means that the claims are pending (filed but not resolved) at the same time.

26.8.Waiver of Collective Action

**a) TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER YOU NOR STAKE WILL BE ENTITLED TO PARTICIPATE IN ANY COLLECTIVE ACTION (AS DEFINED ABOVE), OR OTHERWISE CONSOLIDATE, JOIN, PARTICIPATE, REPRESENT OR COORDINATE DISPUTES (AS DEFINED ABOVE) WITH OR INVOLVING OTHER INDIVIDUALS OR ENTITIES, INCLUDING AS A REPRESENTATIVE OR MEMBER OF A CLASS OR IN A PRIVATE ATTORNEY GENERAL CAPACITY.IN CONNECTION WITH ANY DISPUTE (AS DEFINED ABOVE), ALL SUCH RIGHTS ARE EXPRESSLY AND UNCONDITIONALLY WAIVED. THE PARTIES FURTHER AGREE THAT THE AAA RULES REFERENCED ABOVE SHALL EXCLUDE ANY RULES OR PROCEDURES GOVERNING OR PERMITTING COLLECTIVE ACTIONS (AS DEFINED ABOVE) OF ANY KIND.**

**b) BY AGREEING TO THESE TERMS, YOU ACKNOWLEDGE THAT YOU AND STAKE EACH WAIVE THE RIGHT TO: (1) A JURY TRIAL; AND (2) PARTICIPATE IN A CLASS ACTION. IF A COURT DECIDES THAT APPLICABLE LAW PRECLUDES ENFORCEMENT OF ANY OF THIS PARAGRAPH'S LIMITATIONS AS TO A PARTICULAR CLAIM FOR RELIEF, THEN THAT CLAIM (AND ONLY THAT CLAIM) MUST BE SEVERED FROM THE ARBITRATION AND MAY BE BROUGHT IN COURT.**

**c) NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THESE TERMS, IN THE EVENT ALL OR ANY PORTION OF THIS CLAUSE 26 (DISPUTE RESOLUTION AND AGREEMENT TO ARBITRATE) IS FOUND TO BE INVALID OR LESS THAN FULLY ENFORCEABLE, THEN THE ENTIRETY OF CLAUSE 26 (EXCEPT THIS SENTENCE) MAY, UPON STAKE'S SOLE AND EXCLUSIVE ELECTION, BE DEEMED VOID AND AS HAVING NO EFFECT, SUBJECT TO STAKE'S RIGHT TO APPEAL THE LIMITATION OR INVALIDATION OF SUCH CLAUSE.**

26.9. You have the right to opt-out and not be bound by the arbitration and class action waiver provisions in this clause 26 (Dispute Resolution and Agreement to Arbitrate) by sending written notice, signed by you, of your decision to opt-out to the following address: Sweepsteaks Limited Att: Sweepsteaks Limited, 1717 Pennsylvania Ave, N.W.Suite 650, Washington, DC 20006. The notice must be sent within 30 days of creation of your Customer Account or 23 August 2024, whichever is later, otherwise you shall be bound to arbitrate disputes in accordance with these Terms. If you opt-out of these arbitration provisions, Stake will also not be bound by them. If you do not opt out of this clause 26 (Dispute Resolution and Agreement to Arbitrate) within the specified time period, you will be deemed to have accepted the arbitration and class action waiver provisions.

26.10 Survival of Obligations.

**THIS CLAUSE 26 (DISPUTE RESOLUTION AND AGREEMENT TO ARBITRATE) SURVIVES THE TERMINATION OF THESE TERMS FOR ANY REASON.**

## 27. OTHER

27.1. Entire Agreement

These Terms constitute the entire agreement between you and us with respect to your Participation and supersede all prior or contemporaneous communications, representations and proposals, whether electronic, oral or written, between you and us with respect to your Participation.

27.2. Amendments

Stake reserves the right to amend these Terms, or to implement or amend any procedures, at any time. Any amendments will be published on the Platform and such changes will be binding and effective immediately. If you do not agree to the amended Terms, you must stop using the Platform.

27.3. Tax

You are solely responsible for any taxes which apply to any Prizes that you collect or redeem from your Participation.

27.4. Force Majeure

Stake will not be liable or responsible for any failure to perform, or delay in performance of, any of our obligations under these Terms that is caused by events outside of our reasonable control.

27.5. No agency

Nothing in these Terms will be construed as creating any agency, partnership, trust arrangement, fiduciary relationship or any other form of joint enterprise between you and us.

27.6. Severability

If any of the Terms are determined by any competent authority to be invalid, unlawful or unenforceable to any extent, such term, condition or provision will, to that extent, be severed from these Terms. All remaining terms, conditions and provisions will continue to be valid to the fullest extent permitted by law. In such cases, the part deemed invalid or unenforceable will be amended in a manner consistent with the applicable law to reflect, as closely as possible, Stake's original intent.

27.7. Explanation of Terms

We consider these Terms to be open and fair. If you need any explanation regarding these Terms or any other part of our Platform, please contact Customer Support via the live chat function accessible when you sign into your Customer Account or by emailing support@stake.us. The Terms prevail over any communication via email or chat. We reserve the right to record all correspondence between you and us.

27.8. Assignment

These Terms are personal to you, and are not assignable, transferable or sub-licensable by you except with our prior written consent. We reserve the right to assign, transfer or delegate any of our rights and obligations hereunder to any third party without notice to you.

27.9. Business Transfers

In the event of a change of control, merger, acquisition, or sale of assets of Stake, your Customer Account and associated data may be part of the assets transferred to the purchaser or acquiring party. In such an event, we will provide you with notice via email or via our Platform explaining your options with regard to the transfer of your Customer Account.

27.10. Language

These Terms may be published in several languages for information purposes and ease of access by Customers, however will all reflect the same principles. It is only the English version that is the legal basis of the relationship between you and us and in case of any discrepancy between a non-English version and the English version of these Terms the English version will prevail.

## 28. GOVERNING LAW

28.1. These Terms, your use of the Platform and our entire relationship will be governed, and interpreted in accordance with, the laws of the State of Delaware in the United States, without regard for its choice of conflict of law principles. The application of the United Nations Convention on Contracts for the International Sale of Goods is specifically excluded.

28.2. Subject to clause 26, the parties agree that any dispute, controversy or claim arising out of or in connection with these Terms, or the breach, termination or invalidity of these Terms, will be submitted exclusively to the courts in the State of Delaware, and you and we consent to the venue and personal jurisdiction of those courts. Notwithstanding the foregoing, any motion to compel arbitration or to enforce an arbitral award issued hereunder may be brought before any court of competent jurisdiction.