**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| BRAYDEN URDAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SWEEPSTEAKS LIMITED d/b/a STAKE.US,<br><br>*Defendant*. | Case No. 1:25−cv−03736<br><br>Hon. Jorge L. Alonso<br><br>Mag. Gabriel A. Fuentes |

**JOINT MOTION FOR ENTRY OF
AGREED CONFIDENTIALITY ORDER**

Plaintiff Brayden Urdan and Defendant Sweepsteaks Limited d/b/a Stake.us (collectively, the "Parties") respectfully move the Court to enter the Agreed Confidentiality Order attached hereto as Exhibit 1. In support of their motion, the Parties state as follows:

1.     In light of the Court's order permitting the Parties to engage in arbitration-related discovery, (dkt. 31), the Parties agree that the proposed Agreed Confidentiality Order is necessary to facilitate discovery and to protect the Parties' interest in the confidentiality of sensitive information that may be exchanged in discovery in this case.

2.     The Parties' proposed Agreed Confidentiality Order is a modified version of the Northern District of Illinois' Model Confidentiality Order, Form LR 26.2 (the "Model Order").

3.     All proposed changes to the Model Order are shown in the redline attached hereto as Exhibit 2.

4.     Pursuant to the Court's Case Procedures, Microsoft Word format versions of Exhibits 1 and 2 are being sent to Proposed_Order_Fuentes@ilnd.uscourts.gov.

**WHEREFORE**, the Parties respectfully request that the Court grant this Motion, enter

1

the Agreed Confidentiality Order attached hereto as Exhibit 1, and award any further relief the Court deems appropriate.

Respectfully Submitted,

**BRAYDEN URDAN,** individually and on behalf of all others similarly situated,

Dated: November 14, 2025

By: */s/ Hannah Hilligoss*
One of Plaintiff's Attorneys

J. Eli Wade-Scott
ewadescott@edelson.com
Michael Ovca
movca@edelson.com
Ari J. Scharg
ascharg@edelson.com
Hannah Hilligoss
hhilligoss@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Counsel for Plaintiff and the putative classes*

**SWEEPSTEAKS LIMITED d/b/a STAKE.US**

Dated: November 14, 2025

By: */s/ Robert W. Ward*
One of Defendant's Attorneys

A. Jeff Ifrah
jeff@ifrahlaw.com
Robert W. Ward
rward@ifrahlaw.com
Ifrah PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, D.C. 20006
Tel: (202) 524-4140

*Counsel for Defendant*