**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| BRAYDEN URDAN, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> SWEEPSTEAKS LIMITED d/b/a STAKE.US, <br><br> *Defendant*. | Case No.: 1:25−cv−03736 <br><br> Hon. Jorge L. Alonso <br><br> Mag. Gabriel A. Fuentes |

**JOINT STATUS REPORT**

Pursuant to the Court's December 30, 2025, Minute Order, (dkt. 40), Plaintiff Brayden Urdan and Defendant Sweepsteaks Limited d/b/a Stake.us (collectively, the "Parties") submit the following Joint Status Report:

1. On October 16, 2025, the Court denied Defendant's motion to compel arbitration without prejudice and ordered the Parties to engage in limited discovery on contract formation. (Dkt. 31.) The Court set February 16, 2026 as the close of arbitration-related discovery. (Dkt. 40.)

2. Plaintiff served interrogatories and requests for production on October 31, 2025, and Defendant responded to both on December 7, 2025. Plaintiff sent follow-up questions regarding Defendant's document production via email on December 22, 2025, to which Defendant responded on February 2, 2026.

3. On January 29, 2026, the Court heard oral argument on Defendant's motion for protective order directed at the depositions of Edward Craven and Sarath Galavalli. (Dkt. 44.) The Court granted the motion as to Mr. Craven and denied as to Mr. Galavalli. (Dkt. 49.)

1

4.      Plaintiff deposed Mr. Galavalli via remote videoconference on February 10, 2026.

5.      In light of the Court's ruling on Defendant's motion for a protective order and subsequent deposition of Mr. Galavalli, the Parties agree that arbitration-related discovery is complete.

6.      Defendant has indicated it intends to renew its motion to compel. The Parties respectfully propose the following briefing schedule on that motion: Defendant's motion to compel due on April 10, 2026, Plaintiff's response due on May 1, 2026, and Defendant's reply due on May 15, 2026.

Respectfully Submitted,

**BRAYDEN URDAN,** individually and on behalf of all others similarly situated,

Dated: February 19, 2026

By: */s/ Michael Ovca*
One of Plaintiff's Attorneys

J. Eli Wade-Scott
ewadescott@edelson.com
Michael Ovca
movca@edelson.com
Ari J. Scharg
ascharg@edelson.com
Hannah Hilligoss
hhilligoss@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel.: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the putative classes*

**SWEEPSTEAKS LIMITED d/b/a STAKE.US**

Dated: February 19, 2026

By: */s/ Robert W. Ward*
One of Defendant's Attorneys

A. Jeff Ifrah
jeff@ifrahlaw.com
Robert W. Ward
rward@ifrahlaw.com
Ifrah PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, D.C. 20006
Tel.: (202) 524-4140

*Counsel for Defendant*