**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Brayden Urdan

                Plaintiff,

v.

                                        Case No.: 1:25−cv−03736
                                        Honorable Jorge L. Alonso

Sweepsteaks Limited

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 23, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court is in receipt of the Status Report [53]. Defendant is granted leave to file its renewed Motion to Compel by 4/10/26. Response shall be filed on or before 5/1/26, Reply shall be filed by 5/15/26. The Court will rule electronically. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.