**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| BRAYDEN URDAN, individually and on behalf of all other similarly situated, *Plaintiff*, v. SWEEPSTEAKS LIMITED d/b/a STAKE.US, *Defendant*. | Case No.: 1:25-CV-03736 Hon. Jorge L. Alonso |

**DEFENDANT'S RENEWED MOTION TO COMPEL ARBITRATION**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, Defendant Sweepsteaks

Limited, by and through undersigned counsel, respectfully moves this Court to enter an order

compelling Plaintiff to submit his claims to binding, individual arbitration. The grounds for

this request are set forth in Defendant's contemporaneously filed memorandum of law and

supporting declarations.

Dated: April 10, 2026

Respectfully submitted,

By: */s/A. Jeff Ifrah*
One of Defendant's Attorneys

A. Jeff Ifrah
jeff@ifrahlaw.com
Robert W. Ward
rward@ifrahlaw.com
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, D.C. 20006
Tel. (202) 524-4140
Fax (202) 524-4141

*Counsel for Defendant*