# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRAYDEN URDAN, individually and on behalf of all other similarly situated,

      *Plaintiff*,

    v.

SWEEPSTEAKS LIMITED d/b/a STAKE.US,

      *Defendant*.

Case No.: 1:25-CV-03736

Hon. Jorge L. Alonso

## NOTICE OF RENEWED MOTION TO COMPEL ARBITRATION

PLEASE TAKE NOTICE that on Wednesday, April 15, 2026 at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant Sweepsteaks Limited, by and through undersigned counsel, shall appear before the Honorable Jorge L. Alonso by telephone, at a number to be provided by the Court, to present **Defendant's Renewed Motion to Compel Arbitration**, a copy of which has been served upon you through the Court's electronic filing system.

DATED: April 10, 2026

Respectfully submitted,

/s/*A. Jeff Ifrah*
A. Jeff Ifrah
jeff@ifrahlaw.com
Robert W. Ward
rward@ifrahlaw.com
IFRAH PLLC
1717 Pennsylvania Avenue NW, Suite 650
Washington, D.C. 20006
Tel: (202) 524-4140
Fax: (202) 524-4141

*Counsel for Defendant*