# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRAYDEN URDAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SWEEPSTEAKS LIMITED d/b/a STAKE.US,<br><br>*Defendant.* | Case No. 1:25−cv−03736<br><br>Hon. Jorge L. Alonso<br><br>Mag. Gabriel A. Fuentes |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE

Plaintiff Brayden Urdan ("Plaintiff") respectfully submits this Unopposed Motion to Extend Briefing Schedule regarding Defendant Sweepsteaks Limited d/b/a Stake.us's ("Defendant") Renewed Motion to Compel Arbitration (the "Renewed Motion"). (Dkt. 56.) In support of this motion, Plaintiff states as follows:

1.      On July 8, 2025, Defendant moved to compel arbitration. (Dkt. 12.)

2.      On October 16, 2025, the Court denied that motion without prejudice and ordered discovery into contract formation. (Dkt. 31.)

3.      The parties subsequently conducted that discovery. Defendant produced documents and historical source-code materials, and Plaintiff deposed Defendant's witness Sarath Galavalli on February 10, 2026.

4.      On April 10, 2026, Defendant filed its Renewed Motion to Compel Arbitration. (Dkt. 56.) The Renewed Motion's evidentiary record includes a declaration from Mr. Galavalli, which attaches multiple technical exhibits—including a screenshot of the August 2022 sign-up

1

page, screenshots and a screen recording of the May 2023 mandatory acceptance window, and a user account record—and relies on the source-code materials Defendant produced in discovery.

5. Plaintiff's opposition to the Renewed Motion is currently due May 1, 2026, and Defendant's reply is currently due May 15, 2026. (Dkt. 54.)

6. Plaintiff seeks a short extension to complete its analysis of the Renewed Motion's evidentiary record and incorporate that into his opposition. This requires reviewing the source code Defendant extracted from its historical codebase, examining how that code was used to generate the screenshots and screen recording attached to Mr. Galavalli's declaration, and reconciling those materials with Mr. Galavalli's deposition testimony and Defendant's other discovery responses. Despite counsel's diligent efforts, completing that analysis is taking slightly longer than anticipated owing to the complexity of the issues involved. Compounding this, a lead member of Plaintiff's litigation team has also been out of the country on a previously scheduled vacation during a period of the briefing period. Allowing additional time for Plaintiff to finalize and file his opposition will ensure the Court is presented with a fulsome analysis of the materials obtained in discovery and attached to Mr. Galavalli's declaration.

7. As such, and without opposition from Defendant, Plaintiff respectfully requests that the Court extend the briefing schedule by two weeks, such that Plaintiff's opposition to the Renewed Motion is due May 15, 2026, and Defendant's reply is due May 29, 2026.

8. Plaintiff is not seeking this extension for any improper purpose, but rather to ensure complete briefing on the technical issues presented by the Renewed Motion. This is the first extension Plaintiff has sought in connection with this briefing schedule, and it does not affect any other case deadlines outside of the briefing schedule.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order: (i) resetting Plaintiff's deadline to oppose Defendant's Renewed Motion to Compel Arbitration to May 15, 2026; (ii) resetting Defendant's deadline to reply in support of its Renewed Motion to May 29, 2026; and (iii) awarding such other and further relief as the Court deems reasonable and just.

Respectfully Submitted,

**BRAYDEN URDAN,** individually and on behalf of all others similarly situated,

Dated: April 30, 2026

By: *Michael W. Ovca*
One of Plaintiff's Attorneys

Michael W. Ovca
movca@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Hannah Hilligoss
hhilligoss@edelson.com
Ari J. Scharg
ascharg@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the putative class*

3