## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Brayden Urdan

                          Plaintiff,

v.                                                  Case No.: 1:25−cv−03736
                                                    Honorable Jorge L. Alonso

Sweepsteaks Limited

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 4, 2026:

     MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Unopposed Motion to extend briefing schedule [62] is granted. Enter Order. Motion hearing date of 5/6/26 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.