# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRAYDEN URDAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SWEEPSTEAKS LIMITED d/b/a STAKE.US,<br><br>*Defendant*. | Case No: 1:25−cv−03736<br><br>Hon. Jorge L. Alonso<br><br>Mag. Gabriel A. Fuentes |

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion to Extend Briefing Schedule ("Motion") regarding Defendant's Renewed Motion to Compel Arbitration ("Renewed Motion"). (Dkt. 62.) The Motion is GRANTED. Plaintiff's deadline to oppose the Renewed Motion is reset to May 15, 2026, and Defendant's deadline to reply in support of the Renewed Motion is reset to May 29, 2026.

IT IS SO ORDERED.

Dated: May 4, 2026

_____
Hon. Jorge L. Alonso
United States District Judge

1