**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BRAYDEN URDAN, individually and on behalf of all other similarly situated,

*Plaintiff*,

v.

SWEEPSTEAKS LIMITED d/b/a STAKE.US,

*Defendant*.

Case No.: 1:25-CV-03736

Hon. Jorge L. Alonso

**DECLARATION OF ROBERT W. WARD**

I, Robert W. Ward, declare and state the following:

1. I am employed as an associate with the firm Ifrah PLLC, counsel to Defendant Sweepsteaks Limited d/b/a Stake.us in the above-captioned matter.

2. I submit this declaration in support of Defendant's Renewed Motion to Compel Arbitration. I make this declaration upon my personal knowledge.

3. Attached hereto as **Exhibit A** is a true and correct copy of the waiver submitted to the American Arbitration Association by Defendant, dated February 9, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2026.

*/s/Robert W. Ward*
Robert W. Ward

# EXHIBIT A



Neil B. Currie
**VICE PRESIDENT**

725 S. Figueroa St., Ste. 400
Los Angeles, CA 90017
**T** 213 622 6358
**E** CurrieN@adr.org

adr.org

January 14, 2026

**Sent Via Email Only**

Compliance Legal
Sweepsteaks Limited
C/O- Suite 650
1717 Pennsylvania Ave, N.W.
Washington, DC, WA 20006

**RESPONSE DATE: February 14, 2026**

Re: Sweepsteaks Limited

Dear Compliance Legal,

Thank you for registering the Sweepsteaks Limited consumer arbitration clause through the AAA's Consumer Clause Registry. Please read the following important information about the AAA's administration of consumer arbitrations and the Consumer Clause Registry.

The American Arbitration Association ("AAA") will administer consumer disputes in accordance with the *Consumer Arbitration Rules (Consumer Rules).* These documents may be found on our web site at www.adr.org/consumer. In order to determine if an arbitration agreement substantially and materially complies with the due process standards of the *Consumer Due Process Protocol* (*Protocol*), **the AAA reviews the parties' arbitration clause only**, and not the entire contract. The AAA's review of the arbitration clause is only an administrative review to determine whether the clause complies with the AAA's minimum due process standards in consumer arbitrations.

Based upon the administrative review of the Sweepsteaks Limited consumer arbitration clause, we note that the arbitration provisions have material or substantial deviations from the Consumer Rules and/or Protocol. Specifically, the provisions states:

> be held virtually and not in person for all proceedings related to the arbitration, except by mutual agreement of all parties;

> in cases where neither party's claim(s) or counterclaim(s) exceed $25,000, both parties agree to waive an arbitration hearing and resolve the dispute solely through submissions of documents to the arbitrator.

The above provisions violate **Principle 12. Arbitration Hearings** of the Protocol.



be limited to one deposition per party, except by mutual agreement of all parties.

The above provision violates **Principle 13. Access to Information** of the Protocol.

> b) Without limiting the generality of clause 26.7(a) or the term Collective Action, and as an example only, a claim to resolve a Dispute against Stake will be deemed a Collective Action if: i. claims are filed or pursued concurrently by or on behalf of two or more persons; and ii. counsel for the two or more persons is the same, or share fees, or coordinate in any way. c) For the purposes of this clause, the term 'concurrently' means that the claims are pending (filed but not resolved) at the same time.

> (AS DEFINED ABOVE),

The above provisions violate **Principle 9. Right to Representation** of the Protocol.

The AAA is requesting that Sweepsteaks Limited waive the above provision(s) and agree to have all matters filed pursuant to this clause administered under the *Consumer Rules* and *Protocol* so that the AAA can administer consumer-related disputes filed with the AAA pursuant to the clause, and confirm the consumer arbitration clause will be posted on the Consumer Clause Registry. Please confirm your agreement to waive the above-quoted provision by signing and dating below and returning a copy of this letter. This signed document will also be posted on the Consumer Clause Registry.

*Sweepsteaks Limited*                              9 February 2026
_____          _____
Business (or representative)                    Date

For any future changes to this consumer arbitration clause, pursuant to R-12 of the *Consumer Rules*, Sweepsteaks Limited should notify and provide the AAA a copy of the revised consumer arbitration clause at least 30 days before the planned effective date of the clause.

**The AAA's review is not an opinion on whether the arbitration agreement, the contract, or any part of the contract is or is not legally enforceable. In addition, the AAA's determination of a material or substantial deviation from the *Consumer Rules* and/or *Protocol* noted above does not limit a party that believes that there are additional conflicts with the *Protocol* and/or *Consumer Rules*, from bringing such issues before the arbitrator once one has been appointed. If such an issue is raised with the arbitrator, the AAA's prior review and determinations do not limit the ability of the arbitrator to determine the issue.**

Should you decline to execute this document, the AAA will decline administration of cases filed pursuant to the Sweepsteaks Limited consumer arbitration clause.



Very truly yours,

*Neil B. Currie*

Neil B. Currie
Vice President